# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129918

MELANIE HOLLAND,
          Plaintiff-Appellee,

and

HON CHAN, D.O. and HON CHAN, D.O., P.C.,
          Plaintiffs-Appellees,

v

PRONATIONAL INSURANCE COMPANY,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129918
COA: 254975
Ingham CC: 02-000920-CZ

      On order of the Court, the application for leave to appeal the October 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                                     
                                       Clerk

p0221